# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| 10.9, LLC, D/B/A 10 NINE DESIGN GROUP, A NEVADA DOMESTIC LIMITED LIABILITY COMPANY, Appellant, vs. SRMF TOWN SQUARE OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY, Respondent. | No. 73357 |

**FILED**

JUL 17 2017

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's notice of withdrawal of appeal filed on July 10, 2017, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Douglas Smith, District Judge
Sylvester & Polednak, Ltd.
Kaempfer Crowell/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-23638